IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 19 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

v.  No. 4:10CR00059 JLH

NICHOLAS ANTHONY NORMAN

FINAL ORDER OF FORFEITURE

WHEREAS, on September 28, 2011, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

One Stag Arms, .556 caliber rifle, bearing serial number 21055,

One Sig Sauer pistol, model P232, 9mm caliber, bearing serial number S226340, with one magazine,

One Remington model 700 model rifle, bearing serial number E6529735,

One Remington model 870 shotgun, bearing serial number B554604M,

One Browning .22 caliber rifle, with no visible serial number,

One Remington shotgun, bearing serial number AB280743N,

One Stag Arms rifle, bearing serial number 21069,

One Browning shotgun, bearing serial number 7G23292,

One Remington shotgun, bearing serial number 1170375V,

One Remington .22 rifle, bearing serial number 1205090,

One Interarms .223 caliber rifle, bearing serial number 156001,

1

**One Daewoo precision industries rifle, bearing serial number 323528,**

**One Valmet (Finland) .223 caliber rifle, bearing serial number 158259,**

**One Hunter Arms Co., double barrel shotgun, with no visible serial number,**

**One Mauser pistol, bearing serial number 277277,**

**One Kimber pistol model Warrior, bearing serial number K165896,**

**One Taurus .38 special caliber revolver, bearing serial number SJ88130,**

**One Norinco ACC model 320 rifle, bearing serial number MSA08003,**

**One Norinco SKS rifle, bearing serial number 9450507,**

**One Enterprise Arms rifle, bearing serial number 16352,**

**One Colt AR-15 rifle, bearing serial number SP340262,**

**One MAK-90 rifle, bearing serial number 38184,**

**One Remington 870 12 gauge shotgun, with no visible serial number,**

**One Ruger .22 caliber rifle, bearing serial number 112-50406,**

**One H&R revolver model 949 .22 LR caliber, bearing serial number AX156985, and**

**One Beretta model 3032 Tomcat .32 auto, bearing serial number DAA335104**

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on September 28, 2011, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, on January 6, 2012, Nathan Norman, through counsel William O. James, Jr.,

filed a Petition and Answer to Notice of Forfeiture for the following firearms:

**Norinco ACC model 320 rifle, bearing serial number: MSA08003**

**Interarms .223 caliber rifle, bearing serial number 156001**

**F.N. (FN Herstal) Model STG58C, Cal 762, SN: GRV31611 (named in the indictment as One Enterprise Arms rifle, bearing serial number 16352)**

**One MAK-90 rifle, Bearing serial number 38184**

**Colt, AR-15 rifle, bearing serial number : SP340262**

**Ruger, .22 caliber rifle, bearing serial number 112-50406**

**Remington 870 12 gauge shotgun, with no visible serial number**

**One Remington model 700 model rifle, bearing serial number E6529735,**

WHEREAS, on January 6, 2012, Mark Norman, through counsel William O. James, Jr., filed a Petition and Answer to Notice of Forfeiture for the following firearms:

**Harrington and Richardson revolver, model 949, .22 LR caliber, bearing serial number: AX156985**

**Norinco SKS rifle, bearing serial number 9450507**

**Remington Model 540 .22 rifle, bearing serial number 1205090**

and no other claims were made by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 922(a)(1)(A), 923, 924(d) and Title 28, U.S.C.§ 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

  One Stag Arms, .556 caliber rifle, bearing serial number 21055,

  One Sig Sauer pistol, model P232, 9mm caliber, bearing serial number S226340, with one magazine,

  One Remington model 870 shotgun, bearing serial number B554604M,

  One Browning .22 caliber rifle, with no visible serial number,

  One Remington shotgun, bearing serial number AB280743N,

  One Stag Arms rifle, bearing serial number 21069,

  One Browning shotgun, bearing serial number 7G23292,

  One Remington shotgun, bearing serial number 1170375V,

  One Daewoo precision industries rifle, bearing serial number 323528,

  One Valmet (Finland) .223 caliber rifle, bearing serial number 158259,

  One Hunter Arms Co., double barrel shotgun, with no visible serial number,

  One Mauser pistol, bearing serial number 277277,

  One Kimber pistol model Warrior, bearing serial number K165896,

  One Taurus .38 special caliber revolver, bearing serial number SJ88130, and

  One Beretta model 3032 Tomcat .32 auto, bearing serial number DAA335104

is hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 924(d) and Title 28, U.S.C.§ 2461(c).

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 19th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE